In re Arnold, Thomas L.; Williams, Er-roll G.; — Defendants; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. D, Nos. 99-2933, 99-2935, 99-2937, 99-2934, 99-14143, 99-14144, 99-14145, 99-14146, 99-11869, 99-11870, 99-15567, 99-15568; to the Court of Appeal, Fourth Circuit, Nos. 2000-CA-2715, 2000-CA-2716, 2000-CA-2717, 2000-CA-2718, 2000-CA-2719, 2000-CA-2720, 2000-CA-2721, 2000-CA-2722, 2000-CA-2723, 2000-CA-2724, 2000-CA-2725, 2000-CA-2726.
Denied.